IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL ACTION FILE NO: |
| ) | 1:22-CR-00023-UNA |
| KENNETH PIKE ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Kenneth Pike

Date:  February 22, 2022

Respectfully submitted,

_____
W. Michael Maloof, Jr.
State Bar No. 558133

215 N. McDonough Street
Decatur, GA 30030

malooflawfirm@gmail.com
(404) 373-8000 - office
(404) 378-3656 - fax

CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing motion by electronic filing, facsimile, hand delivery, or by depositing a copy of same in the U. S. Mail with adequate postage affixed thereon and mailing to the Assistant U.S. Attorney Erin Spritzer.

This, the 22nd day of February, 2022.

_____
Mike Maloof, Jr.