IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION FILE NO: |
| v. ) | 1:22-CR-00023-UNA |
| ) | |
| KENNETH PIKE, ) | |
| DEFENDANT ) | |

MOTION FOR CONTINUANCE OF THE
PRETRIAL CONFERENCE

COMES NOW the Defendant in the above styled case, and makes this, his Motion for the Continuance of his Pretrial Conference and shows to this Honorable Court as follows:

1.

The Defendant is charged with possession with intent to distribute methamphetamine.

2.

The Assistant U.S. Attorney Erin Spritzer has consented to an additional 30-day extension of the conference on the grounds the discovery is more voluminous than anticipated and a plea resolution appears highly probable. Discovery from a phone extraction and an additional search warrant have been provided by the U.S. Attorney's Office.

3.

Defense counsel would request a continuance of 30 days to go over the discovery with his client. Defense counsel has been in court virtually every weekday since the first request was made.

4.

A 30-day extension would allow defense counsel to continue his pretrial negotiations and ensure his client understands the remaining evidence. This would allow his client to make an informed decision on how to move forward with the case, and determine whether a plea, trial or motions would be appropriate in his case.

WHEREFORE THE DEFENDANT PRAYS:

a) that this honorable Court continue the pretrial conference for approximately 30 days.

This the 31st day of May, 2022.

Respectfully submitted,

W. Michael Maloof, Jr.
Georgia Bar No. 558133

215 North McDonough Street
Decatur, GA 30030
(404) 373-8000

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing motion by e-filing, email, hand-delivery, or by mail with the proper postage affixed to the appropriate parties.

This, the 31st day of May, 2022.

_____
W. MICHAEL MALOOF, JR.