**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>KENNETH PIKE, )<br><br>Defendant. ) | Criminal Action File No.<br>1:22-CR-00023-UNA |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing MOTION TO SUPPRESS using the PACER system which will automatically send email notification of such filing to all attorneys and parties of record.

This, the 7th day of July, 2022.

/s/ W. Michael Maloof, Jr.
W. MICHAEL MALOOF, JR.
Georgia Bar No. 558133
Attorney for Defendant

The Maloof Law Firm
215 N. McDonough Street
Decatur, GA 30030
Phone:       (404) 373-8000
Facsimile:   (404) 378-3656
Email:       malooflawfirm@gmail.com