# EXHIBIT 1

April 13, 2023

Dear Honorable Judge Thrash,

I am writing on behalf of my nephew Kenneth Eugene Pike. I understand he has gotten into quite a bit of trouble. I sure hate to hear it, too. I have prayed for him to get his life straightened out.

Kenneth was always a sweet boy growing up. I have never known him to be violent in any way; mischieviousness in school such as "class clown". Along the way, drugs entered the picture and there's no good end there. If I'm not mistaken, his own father introduced him to meth. His father is serving life in prison now.

Kenneth has a good family support system. He is now married to a good, Christian, young lady, Hydie Pike, who is very involved at Springhill Baptist Church where I also attend. So, I see her there for myself.

Kenneth needs to get serious about his relationship with Jesus Christ and join his family in church.

He has a hard-working, Christian mother, also — Priscilla Mallory. She loves him very much and prays for him daily.

I don't know what length of sentence he is facing. I pray that it is on the shorter end of the spectrum. I sincerely hope this will be Ken's last time in any jail or prison for the rest of his life. So many years behind him just wasted in addiction. He will definitely need monitoring upon release to keep him accountable and give him the best chance at a clean, successful future.

Thank you for taking the time to read my letter.

Sincerely,
Sharon Woodruff
706·594·0464

To whom It may Concern',

I am Kenneth Price mother Priscilla (Price) mallory and I was writing to ask you to please let my son come Home so he can help me. He is the only one that helps me out of my 3 kids. But first I want to tell you about Kenneth Life. Kenneth did not have a daddy (father) growing up His Father was on crack real Bad and my mother had to rise him because I had to work 2 Jobs to make it for us. I feel like Kenneth got into meth addiction because he didn't have a Father nor me growing up He only had his Grandmother so if you would please have mercy & Grace on him this time I know Kenneth will be different because he has found (Jesus) and I really Need him Home I lost my Brother & Husband so I really need my son Home to help me if you can find it in your Heart to give him this

To Who it may concern,

    Writing this is regards of my husband Kenneth Pike, together we have five children. Two from a previous marriage for us both, and the our son together . Kenneth is a kind hearted person, my best friend and a amazing father . As a single mother raising three children full time alone, he is definitely missed . He has had a past of addiction that lead to some very poor choices in life, but as a person he is a very good person. Given a difficult childhood , he was not raised with a  father or mother . She worked two jobs most of the time and he was left to be raised by his mother while his father struggled with addiction his self in and out of jail ending in getting life in prison . Kenneth is a huge part of the family. His mother is a widow , over 50 years old she counts on him for a lot . Our five children look up to him as well as miss him dearly . The family farm he has always been a big help with the up keep around there . As being my best friend over 8 years, this man here is not some evil cold person , but a loving tender hearted family man . His addiction has always been the issue of his trouble, he has never been given the help he needs nor the tools to mentally learn to over come this disease , he was always sent away to a prison cell with nothing but more negative living in the system . This could be the chance for him to get the help he needs with a different out come, as I know he talks about the programs offered in the federal system that's not available in the state system. Although its not ideal , it's a blessing to us as his family to know he will be able to work on his self in this time away and still have life left in him to come home and enjoy what life is really about , raising the kids and staying sober living for the Lord and being the person I know he can be In life . I ask for mercy for him , as I understand addiction is not excuse for his actions but he is loved ,missed and deeply cared for out here . We need him home . Thank you for this chance to share .

Thank you ,

Hydie Pike

Wife

*Hydie Pike*
706-415-1028

dear Judge,

i miss my dad and please let my dad came home soon.

Thank you Kelby