# EXHIBIT 2

I Grower up with a single mom 1. brother 1. sister mom work 2 Job To keep food on table No Dad. So we was alone most of the Time. Started Smoking weed, about Thirteen. had my frist kid at fiftheen. had my Son at Sixteen. move In with my Kids mother young No Job So triing to make away for my family. Got In a little trouble and Got Sent to Prison. were I Got Introduced TO meth. So when I Got out Started Selling a little meth to support my addiction. Could NOT Get Job was struggring with my addiction best friend Told on me That was using with me. So I Got arrested, for 3 Sales half a Gram each Time. Got A 15 do 4 and was sent back To Prison. were my addiction started. So my addiction continued To grow out of controle. Then Got out worse than I went In. So triing To support my addiction. Stayed out for 6 months. and Got arrested for Poss. INT. and tried To Get help for my addiction but The court would NOT allow me To Get treatment. Sent me back To Prison with a 20 year To serve 10. family was disapointed. So would NOT have anthing

To do with me. Did not have anyone and still was Struggling with my addiction. So when I GoT OUT I owed People. money for helping me why I was In Prison. So I GoT Involved with some bad People. I didn't know what I was GeTTing Involved with to It was to late. about lost my Life a Couple of Times. I tried To Get OUT but It was to late Still fighting my addiction. So I did'nt Know what to do was Scared To ask for help. did not want to GeT my family Involved. with these People. So I did what they ask me and thats when I GoT Here. Still trying To GeT help. GoT 5 kids Now and married To my wife that need me bad Thank for your time.